Slip Op 18-85

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| WHEATLAND TUBE CO.,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES,<br><br>                    Defendant. | Before: Leo M. Gordon, Judge<br><br>Court No. 17-00021 |

**JUDGMENT**

Before the court is the U.S. Department of Commerce's ("Commerce") Final Results of Redetermination Pursuant to Court Remand ("Remand Results"), ECF No. 37, in this action. The court notes that it "erred in remanding" the issue of Commerce's treatment of the cost of caps used by the mandatory respondent "without ascertaining whether [the issue] had a material effect on the less than fair value determinations. As Commerce explains in the Remand Results, [this issue does not,] and any error was therefore harmless. It was therefore a waste of administrative resources for the court to require a remand in this case." See CC Metals & Alloys, LLC v. United States, 41 CIT ___, ___, 222 F. Supp. 3d 1303, 1304 (2017). There being no challenge to the Remand Results, it is hereby

**ORDERED** that the Remand Results are sustained.

           /s/ Leo M. Gordon          
           Judge Leo M. Gordon

Dated: July 9, 2018
          New York, New York